IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSAMUEL MCCREARY** | : | CIVIL ACTION NO. 1:15-cv-1458 |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| **DAVID J. EBBERT** | : | |
| | : | |
| Respondent | : | |

## O R D E R

Before the court in the captioned action is the June 20, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, this 13th day of July 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 7) of Magistrate Judge Schwab.

2) Petitioner McCreary's § 2241 petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED**.

3) The Clerk of Court shall close the case.

                                                 *s/ Yvette Kane*
                                                 YVETTE KANE, District Judge
                                                 United States District Court